IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| MORRIS COE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:14-CV-4231-M-BN |
| | § | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION, ET AL. | § § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case on October 28, 2015. *See* Dkt. No. 19. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court ACCEPTS the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Defendants Federal National Mortgage Association and Mortgage Electronic Registration Systems' Motion for Judgment on the Pleadings [Dkt. No. 12] is GRANTED, and Plaintiff's claims are dismissed with prejudice.

**SO ORDERED** this 23rd day of November, 2015.

BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS